**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**MICHAEL L. HARRIS,**

    Petitioner,                **CASE NO. 2:11-CV-376**
                                            **JUDGE MARBLEY**
        v.                        **MAGISTRATE JUDGE KING**

**WARDEN, PICKAWAY**
**CORRECTIONAL INSTITUTION,**

    Respondent.

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the February 23, 2012 Opinion and Order, the Court ADOPTED and AFFIRMED the Report and Recommendation. Petitioner's Objections are OVERRULED. This action is DISMISSED.

Date: **February 23, 2012**                       **James Bonini, Clerk**

                                                            s/Betty L. Clark
                                                      Betty L. Clark/Deputy Clerk